UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EXPRESS OIL CHANGE, LLC,<br>*Plaintiff*<br><br>v.<br><br>DON HEWLETT CHEVROLET BUICK, INC. d/b/a XPRESS OIL CHANGE PLUS,<br>*Defendant* | §§§§§§§§§§§<br><br>Case No. 1:25-CV-00745-ADA-SH |

## ORDER

On August 1, 2025, this Court granted the parties' Joint Motion to Stay Deadlines and Notice of Settlement (Dkt. 12) and ordered the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment by September 30, 2025. Dkt. 13. On September 29, 2025, the Court by Text Order granted the parties' Joint Motion to Extend the deadline to file their dismissal documents to November 24, 2025. The parties failed to file their dismissal documents by the deadline. The Court ORDERS the parties to file their dismissal documents by **December 15, 2025** or the Court will recommend dismissal of this action for failure to prosecute.

**SIGNED** on December 1, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1